IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01709-MSK

ELIZABETH H. GRAFFIS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on July 18, 2013, (**Doc. #20**), it is

ORDERED that the Commissioner of Social Security's decision is REVERSED and the case is REMANDED, that Final Judgment is entered in favor of Plaintiff Graffis and against Defendant Commissioner, and the case is closed.  It is further

ORDERED that plaintiff is AWARDED her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 19th day July, 2013.

                        ENTERED FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By: s/Edward P. Butler
                        Edward P. Butler
                        Deputy Clerk